Fourth Court of Appeals
San Antonio, Texas


**MEMORANDUM OPINION**

No. 04-24-00746-CV

Leticia R. **BENAVIDES**,
Appellant

v.

**RANCHO VIEJO CATTLE COMPANY, LTD.**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 23130A
Honorable Albert D. Pattillo, III, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: September 10, 2025

DISMISSED

On May 8, 2025, appellant filed an opposed motion to abate. The motion requests that we "abate this proceeding until the [Texas] Supreme Court disposes of the rehearing motion in Case No. 23-0463[, *In re Marriage of Benavides*, 712 S.W.3d 561 (Tex. 2025),] and thereafter dismiss this proceeding."[1] Appellee filed a letter opposing abatement of the appeal. Appellee's letter,

---

[1] No motion for rehearing was filed, and the Texas Supreme Court has issued its mandate.

however, makes no reference to appellant's request that we ultimately "dismiss this proceeding." Texas Rule of Appellate Procedure 42.1(a)(1) provides, "On Motion of Appellant. In accordance with a motion of appellant, the court may dismiss the appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled." TEX. R. APP. P. 42.1(a)(1). Appellee does not contend that dismissal of appellant's appeal would prevent appellee from seeking relief to which it would otherwise be entitled. *See id*.; *see also Peoples v. Scott*, 189 S.W.2d 522, 523 (Tex. Civ. App.—San Antonio 1945, no writ) ("The dismissal of an appeal would leave undisturbed the judgment of the lower court and thereby, in effect, affirm same without according to the appealing parties a hearing upon the merits of their appeal."). Therefore, we grant the motion and dismiss this appeal. TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id*. R. 42.1(d).

PER CURIAM